UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TAMMY GODMAN,**

    **Plaintiff,**

v.                                                 Case No.  3:25-cv-2657-TKW-HTC

**PENNYMAC LOAN SERVICES, LLC,**
**et al.,**

    **Defendants.**
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 8) and Plaintiff's objections (Doc. 9).  The Court reviewed the issues raised in the objection de novo under 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that this case should be dismissed under the *Rooker-Feldman* doctrine because Plaintiff is effectively seeking appellate review of the foreclosure judgement entered by the state court.

The Court did not overlook Plaintiff's argument that the *Rooker-Feldman* doctrine does not apply because the foreclosure judgment is "void" for various reasons—e.g., lack of jurisdiction, lack of standing, etc.  However, for the Court to accept that argument, it would necessarily have to determine the validity of the

foreclosure judgment. That is the function of the state appellate court, not the federal district court, and it is precisely what the *Rooker-Feldman* doctrine prohibits.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is DISMISSED without prejudice under the *Rooker-Feldman* doctrine for lack of jurisdiction.

3. All pending motions are DENIED as moot.

4. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 9th day of January, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**